IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:18-CV-188-FL

| | |
|---|---|
| SGT. THOMAS HANNA, MATTHEW FREY, CORVIAS MILITARY LIVING, LLC, CORVIAS GROUP LLC and BRAGG COMMUNITIES, LLC, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) (JURY TRIAL DEMANDED)<br>) |
| AMAZON.COM, INC. and FANCY BUYING, | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

Upon consideration of the Motion to Allow Late Filing Of Plaintiffs' Opposition to Defendant's Motion to Dismiss for Want of Subject Matter Jurisdiction Pursuant to FRCP 6(b) and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Allow Late Filing Of Plaintiffs' Opposition to Defendant's Motion to Dismiss pursuant to FRCP 6(b) is **GRANTED** and Plaintiffs Opposition is deemed filed as of the date of this order.

**SO ORDERED** this  5th   day of   June    , 2018.

_____
Judge Louise Wood Flanagan
United States District Court Judge